UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL CASE NO. 21-18-DLB-CJS

UNITED STATES OF AMERICA                                            PLAINTIFF

vs.            **RECOMMENDATION TO ACCEPT GUILTY PLEA**

MOISES DAVID TAJIBOY-ALFARO                                         DEFENDANT

\*\*\*  \*\*\*  \*\*\*  \*\*\*

On referral, the Court conducted a rearraignment of Defendant MOISES DAVID TAJIBOY-ALFARO. On July 16, 2021, Defendant appeared before the undersigned for proceedings under Federal Criminal Rule 11, following Defendant's Motion for Rearraignment.

As established and detailed on the record:

1. After the Court informed Defendant of his right to rearraignment in the presence of a United States District Judge, Defendant personally consented to rearraignment before a United States Magistrate Judge. Defendant further consented to the Magistrate Judge conducting the Rule 11 hearing and making a recommendation concerning plea acceptance. The consent occurred orally and in writing. The consent was knowing, voluntary, and intelligent and occurred with counsel's advice. The United States also consented.

2. Defendant was placed under oath and performed the full colloquy as required by Rule 11. As set forth in the record, after the colloquy, the Court found Defendant competent to plead. Additionally, after advising Defendant of all applicable rights and assuring Defendant's awareness of the nature of and all potential maximum

    penalties applicable to the charge at issue as well as the sentencing process, the Court further found that Defendant pleaded guilty in a knowing, voluntary, and intelligent fashion.

3.  Further, an adequate factual basis supporting the plea as to each essential offense element for the applicable charge of the Indictment was presented. The Court covered all areas and confirmed Defendant's understanding of all matters required in the context by Rule 11, the criminal rules, and the United States Constitution.

4.  As such, and based on the Court's findings, the Court **RECOMMENDS** that the presiding District Judge **ACCEPT** the guilty plea of MOISES DAVID TAJIBOY-ALFARO and **ADJUDGE** him guilty of the charge of the Indictment, reentry after being previously removed.

5.  Separate order has been issued scheduling the sentencing hearing before the presiding District Judge on **October 8, 2021 at 11:00 a.m.** in Covington. (R. 18).

*Right to Object*

Defendant has the right to object to this Recommendation and to secure de novo review from the District Judge as to any matter to which he specifically objects and seeks review. Given the need for prompt case disposition and the requirements of the Speedy Trial Act, the Court **FINDS** that good cause exists pursuant to Rule 59(b)(2) to modify the standard objection period. Therefore, within **THREE** days after being served with a copy of this decision, a party may serve and file specific written objections to any or all findings or recommendations for determination, de novo, by the District Judge. Failure to make timely objection, in the manner described, may, and normally will, result in waiver of further appeal to or review by the District Judge and Court

of Appeals with respect to the particular decision at issue. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947, 950 (6th Cir. 1981).

    Signed this 20th day of July, 2021.



Signed By:
*Candace J. Smith*
United States Magistrate Judge


J:\DATA\Orders\criminal cov\2021\21-18-DLB-CJS recommdtn to accept guilty plea.docx

3